# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodges, Shiva V. | U.S. District Court | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge, Full-time | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. Federal Courthouse
901 Richland Street
Columbia, South Carolina 29201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | USC Law School- teaching | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | �altered▐ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Association for Justice | August 7-9, 2014 | Hilton Head Island, SC | Guest/speaker at annual convention/CLE | Lodging/Registration |
| 2. | South Carolina Bar | January 2, 2014 | Charleston, SC | Speaker at CLE | Travel mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hodges, Shiva V. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase Bank | Mortgage on Property #1 (rental property), Pawleys Island, SC | M |
| 2. | NBSC | Line of Credit on Property #1 (rental property), Pawleys Island, SC | M |
| 3. | South Carolina Student Loan Corporation | Student Loan #1 | K |
| 4. | South Carolina Student Loan Corporation | Student Loan #2 | K |
| 5. | Chase | Mortgage on Property #2 (rental property), Columbia, SC | N |
| 6. | NBSC | Line of Credit on Property #2 (rental property), Columbia, SC | L |
| 7. | Nationstar Mortgage | Mortgage on Property #3 (rental property), Florence, SC | M |
| 8. | NBSC Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property #1, Pawleys Island, SC | D | Rent | M | W | | | | | |
| 2. Northwestern Mutual Whole Life Policy #1 | B | Dividend | K | T | | | | | |
| 3. 401K #1 | D | Int./Div. | | | Closed | 09/10/14 | M | | |
| 4. -Invesco Stable Value Fund | | | | | Buy (add'l) | 06/17/14 | J | | |
| 5. -Invesco Stable Value Fund | | | | | Sold | 09/30/14 | J | | |
| 6. -Vanguard Total Bond Market Index Signal | | | | | Closed | 06/03/14 | J | | |
| 7. -PIMCO Total Return Instl | | | | | Buy (add'l) | 06/17/14 | J | | |
| 8. -PIMCO Total Return Instl | | | | | Sold | 09/30/14 | J | | |
| 9. -Coheen & Steers Realty Shares | | | | | Sold | 09/30/14 | J | | |
| 10. -AllianzGI NFJ Dividend Value Instl | | | | | Sold (part) | 06/17/14 | J | | |
| 11. -AllianzGI NFJ Dividend Value Instl | | | | | Sold | 09/30/14 | K | | |
| 12. -T.Rowe Price Blue Chip Growth | | | | | Sold (part) | 06/17/14 | J | | |
| 13. -T. Rowe Price Blue Chip Growth | | | | | Sold | 09/30/14 | K | | |
| 14. -AllianceBern Discovery Value I | | | | | Sold | 09/30/14 | J | | |
| 15. -DFA US Targeted Value I | | | | | Sold | 09/30/14 | J | | |
| 16. -Invesco Small Cap Growth R5 | | | | | Sold | 09/30/14 | J | | |
| 17. -American Funds Europacific Growth A | | | | | Sold | 09/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Columbia Acorn International Z | | | | | Sold | 09/30/14 | J | | |
| 19. -Vanguard Total Bond Market Index Adm | | | | | Buy | 06/03/14 | J | | |
| 20. -Vanguard Total Bond Market Index Adm | | | | | Buy (add'l) | 06/17/14 | J | | |
| 21. -Vanguard Total Bond Market Index Adm | | | | | Sold | 09/30/14 | J | | |
| 22. 401K #2 (X) | B | Int./Div. | M | T | | | | | |
| 23. -Ishares Russell 1000 GRW ETF | | | | | Buy | 11/05/14 | J | | |
| 24. -Ishares Russell 100 GRW ETF | | | | | Buy | 12/12/14 | J | | |
| 25. -Ishares Russell 1000 Value ETF | | | | | Buy | 11/05/14 | J | | |
| 26. -Ishares Russell 1000 Value ETF | | | | | Buy | 12/12/14 | J | | |
| 27. -Vanguard Mid-cap ETF Index | | | | | Buy | 11/05/14 | J | | |
| 28. -Vanguard Mid-cap ETF Index | | | | | Buy | 12/12/14 | J | | |
| 29. -Clearbridge Aggressive GWTH I | | | | | Buy | 11/05/14 | J | | |
| 30. -Clearbridge Aggressive GWTH I | | | | | Buy | 12/12/14 | J | | |
| 31. -American Europacific GRW F2 | | | | | Buy | 11/05/14 | J | | |
| 32. -American Europacific GRW F2 | | | | | Buy | 12/12/14 | J | | |
| 33. -MFS International Value I | | | | | Buy | 11/05/14 | J | | |
| 34. -MFS International Value I | | | | | Buy | 12/12/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Ishares Select Dividend ETF | | | | | Buy | 11/05/14 | J | | |
| 36.  -Ishares Select Dividend ETF | | | | | Buy | 12/12/14 | J | | |
| 37.  -JP Morgan Core Plus Bond A | | | | | Buy | 11/05/14 | J | | |
| 38.  -JP Morgan Core Plus Bond A | | | | | Buy | 12/12/14 | J | | |
| 39.  -Fidelity ADV Real Estate Inc. I | | | | | Buy | 11/05/14 | J | | |
| 40.  -Fidelity ADV Real Estate Inc. I | | | | | Buy | 12/12/14 | J | | |
| 41.  -Alerian MLP ETF | | | | | Buy | 11/05/14 | J | | |
| 42.  -Alerian MLP ETF | | | | | Buy | 12/12/14 | J | | |
| 43.  -Vanguard Small Cap ETF | | | | | Buy | 11/05/14 | J | | |
| 44.  -Vanguard Small Cap ETF | | | | | Buy | 12/12/14 | J | | |
| 45.  -Templeton Global BD FD ADV | | | | | Buy | 11/05/14 | J | | |
| 46.  -Templeton Global BD FD ADV | | | | | Buy | 12/12/14 | J | | |
| 47.  -RS Low Duration Bond A | | | | | Buy | 11/05/14 | J | | |
| 48.  -RS Low Duration Bond A | | | | | Buy | 12/12/14 | J | | |
| 49.  -JP Morgan Strat Inc. OPP SEL | | | | | Buy | 11/05/14 | J | | |
| 50.  -JP Morgan Strat Inc. OPP SEL | | | | | Buy | 12/12/14 | J | | |
| 51.  -Oppenheimer Developing MKTS Y | | | | | Buy | 11/05/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Developing MKTS Y | | | | | Buy | 12/12/14 | J | | |
| 53. -Wisdomtree Euro SM Cap DIV ETF | | | | | Buy | 11/05/14 | J | | |
| 54. -Wisdomtree Euro SM Cap DIV ETF | | | | | Buy | 12/12/14 | J | | |
| 55. -SPDR Gold TR Gold SHS | | | | | Buy | 11/05/14 | J | | |
| 56. Hodges Investments, LLC (Y) | | | | | | | | | |
| 57. -Coastal Land Group (Y) | | | | | | | | | |
| 58. Property #2, Columbia, SC | E | Rent | N | W | | | | | |
| 59. NBSC Account | A | Interest | J | T | | | | | |
| 60. Property #3, Florence, SC | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Lines 3, 22. 401K #1 was rolled over into 401K #2

2) Part VII, Lines 56 and 57 - The value of the disposition of Coastal Land Group in 2014 falls below reporting threshholds. Hodges Investments, LLC contains no other assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shiva V. Hodges**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544